UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SU NGUYEN,<br><br>Defendant | Criminal No. 23cr10276<br><br>Violations:<br><br><u>Counts One - Three</u>:<br>Aiding and Assisting the Filing of a<br>False Tax Return<br>(26 U.S.C. § 7206(2)) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. The defendant, SU NGUYEN ("NGUYEN"), lived in Massachusetts.

2. NGUYEN owned and operated a temporary employment agency under the name General Employment Services, Inc. ("GES") in Massachusetts.

3. A "temporary employment agency" is a business that provides temporary workers to client companies. The client companies direct the day-to-day work activities of the temporary employees and pay fees to the temporary employment agency. The temporary employment agency is responsible for paying the temporary employees and paying state and federal taxes.

4. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering and enforcing federal tax laws.

5. Federal tax laws required employers, including temporary employment agencies, to report all income derived and all wages paid to employees and pay all corresponding taxes. Employers were required to report income and wages annually on an IRS Form 1120 and to report wages quarterly on an IRS Form 941.

## Filing False Tax Returns

6. Between in or about 2016 and in or about 2020, NGUYEN and GES provided temporary employees to multiple client companies. The clients paid GES for each employee's work on an hourly basis. The clients typically paid GES by check.

7. NGUYEN deposited some client checks into a bank account that NGUYEN used for GES business and paid some employees' wages from that bank account. NGUYEN disclosed that income and those wages to his accountant, and reported them to the IRS.

8. NGUYEN cashed the majority of client checks at a check casher located in Worcester, Massachusetts. NGUYEN used that cash for personal purposes and to pay some employees' wages. NGUYEN and GES did not disclose that income and those wages to his accountant, or report them to the IRS, and thereby avoided paying the full amount of federal taxes due and owing.

9. In the manner set forth above, NGUYEN and GES caused his accountant to prepare and file tax returns that did not accurately report GES's income and payroll for the years between at least in or about 2017 and in or about 2020. By not accurately disclosing to his accountant or reporting to the IRS more than $10,000,000 in income to GES, and the associated payroll, NGUYEN and GES avoided paying more than $2,000,000 in federal taxes.

## COUNTS ONE - THREE
### Aiding and Assisting the Filing of a False Tax Return
### (26 U.S.C. § 7206(2))

The Grand Jury charges:

10. The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 9 of this Indictment.

11. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

SU NGUYEN,

did willfully aid and assist in, and procure, counsel, and advise, the preparation and presentation under, and in connection with any matter arising under, the internal revenue laws, of a U.S. Corporation Income Tax Return, Form 1120, which return was false and fraudulent as to a material matter, in that the return failed to accurately report the true income and payroll of General Employment Services, Inc.

| Count | Tax Year | Filing Date |
|---|---|---|
| 1 | 2017 | October 12, 2018 |
| 2 | 2018 | August 23, 2019 |
| 3 | 2019 | May 27, 2020 |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

_____
FOREPERSON

_____
CHRISTOPHER J. MARKHAM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: October 25, 2023
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

11:43 AM